1  BUZAYANMATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  BRIAN BRAZIER (SBN 245004)
   GONZALEZ & LEIGH, LLP
3  Two Shaw Alley, 3rd Floor
   San Francisco, CA 94105
4  Telephone: (415) 512-2000
   Facsimile: (415) 512-2001
5
   Attorneys for Plaintiffs
6  HALEMA BUZUYAN et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEMA BUZAYAN, et al., | Case No. 2:06-CV-1576-MCE-DAD |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING HEARING DATE FOR MOTION TO STRIKE OF DEFENDANTS DAVIS ENTERPRISE, DEBBIE DAVIS, AND LAUREN KEENE** |
| v. | |
| CITY OF DAVIS POLICE DEPARTMENT, et al., | |
| Defendants. | **Judge: Hon. Morrison C. England** |

WHEREAS plaintiffs' counsel are scheduled to be involved in successive trials covering all of the month of March.

The parties hereto, by and through their respective counsel of record, hereby stipulate that the hearing on defendant's motion to strike, calendared for March 5, 2007, shall be continued, subject to the Court's approval, to April 16, 2007 at 9:00 am. The parties further agree that the schedule for further briefing will be as follows: Plaintiffs' opposition brief to be due 21 days before the hearing, and Defendant's reply brief to be due 5 days before the hearing

The parties respectfully request that the court approve this stipulation to continue the date of the hearing on this motion from March 5, 2007 to April 16, 2007.

///

///

1

1  Dated: _____                    GONZALEZ & LEIGH, LLP

2                                              By: _____
                                                   Brian Brazier
3                                                  Attorneys for Plaintiffs

4

5  Dated: _____                    Riegels, Campos & Kenyon LLP

6                                              By: _____
                                                   Charity Kenyon
7                                                  Attorneys for Defendants The Davis
                                                   Enterprise, Debbie Davis, and Lauren
8                                                  Keene

9                                  **ORDER**

10

11         **IT IS SO ORDERED**.

12

13  DATED: February 15, 2007

14                                             _____
                                               MORRISON C. ENGLAND, JR
15                                             UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2