MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRIAN BRAZIER (SBN 245004)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
HALEMA BUZUYAN et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEMA BUZAYAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF DAVIS POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 2:06-cv-01576-MCE-DAD<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE FOR MOTION TO STRIKE AND PARTIAL MOTION TO DISMISS (Fed.R.Civ.P. 12(b)(6))**<br><br>**Judge: Hon. Morrison C. England** |

WHEREAS plaintiffs' counsel are scheduled to be involved in successive trials covering all of the month of March.

The parties hereto, by and through their respective counsel of record, hereby stipulate that the hearing on defendants' motion to strike, calendared for March 19, 2007, shall be continued, subject to the Court's approval, to April 16, 2007 at 9:00 am.

The parties respectfully request that the court approve this stipulation to continue the date of the hearing on this motion from March 19, 2007 to April 16, 2007.

///

///

1

1

2  Dated: _____                    GONZALEZ & LEIGH, LLP

3

4                                             By: _____/s/_____
                                                  Brian Brazier
5                                                 Attorneys for Plaintiffs

6

7

8  Dated: _____                    ANGELO, KILDAY & KILDUFF

9

10                                            By: _____/s/_____
                                                  J. Scott Smith
11                                                Attorneys for Defendants

12                          **ORDER**

13       **IT IS SO ORDERED**.

14

15  DATED: March 16, 2007

16                                             _____
                                               MORRISON C. ENGLAND, JR
17                                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1