MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN VERESCHAGIN (SBN 188608)
BRIAN BRAZIER (SBN 245004)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA  94105
Telephone:  (415) 512-2000
Facsimile:  (415) 512-2001

Attorneys for Plaintiff
HALEMA JAMAL BUZUYAN by and through
her Guardian Ad Litem Jamal Mohamed Buzayan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEMA BUZAYAN by and through her Guardian Ad Litem JAMAL MOHAMED BUZAYAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DAVIS POLICE DEPARTMENT, JAMES HYDE, individually and in his capacity as Chief of Police of the City of Davis Police Department, STEVEN PIERCE, individually and in his official capacity with the City of Davis Police Department, PHENG LY, individually and in his capacity as an officer of the City of Davis Police Department, BEN HARTZ, individually as an officer of the City of Davis Police Department, GINA ANDERSON, individually and in her capacity as Sergeant of the City of Davis Police Department,<br><br>Defendants. | Case No. 2:06-CV-1576-MCE-DAD<br><br>**ORDER GRANTING HALEMA BUZAYA'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES  39-140 and 39-141** |

Upon good cause shown, IT IS HEREBY ORDERED that the following documents shall be received and filed under seal by the Clerk:

1. Declaration of G. Whitney Leigh in Support of Plaintiffs' Opposition to Defendants Davis Enterprise's, Debbie Davis', and Lauren Keene's Motion to Strike;

2. Declaration of Jamal Buzayan in Support of Plaintiffs' Opposition to Defendants Davis Enterprise's, Debbie Davis', and Lauren Keene's Motion to Strike.

IT IS SO ORDERED.

March 30, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**ORDER GRANTING MISCELLANEOUS
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS
Case No. 2:06-CV-1576-MCE-DAD**