MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRIAN BRAZIER (SBN 245004)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone:  (415) 512-2000
Facsimile:  (415) 512-2001

Attorneys for Plaintiffs
HALEMA BUZUYAN et al.


BRUCE A. KILDAY (SBN 66415)
DOUGLAS R. THORN (SBN 133521)
J. SCOTT SMITH (SBN (151163)
JOHN A. WHITESIDES ((SBN 125611)
Angelo, Kilday, & Kilduff
601 University Ave., Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Facsimile: (916) 564-6263

Attorneys for Defendants
CITY OF DAVIS, JAMES HYDE, STEVEN PIERCE, PHENG LY, BEN HARTZ, GINA ANDERSON, DAVID HENDERSON, AND PATRICIA FONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEMA BUZAYAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF DAVIS POLICE DEPARTMENT, et al.,<br><br>                    Defendants. | Case No. 2:06-CV-01576-MCE-DAD<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE FOR MOTION FOR ATTORNEY'S FEES**<br><br>**Judge: Hon. Morrison C. England** |

      WHEREAS defendants City of Davis, James Hyde, Steven Pierce, Pheng Ly, Ben Hartz, Gina Anderson, David Henderson, and Patricia Fong filed a motion for attorney's fees, with a hearing set for October 12, 2007, in the above-captioned court;

///

WHEREAS Plaintiffs' opposition to that motion is currently due on September 25, 2007, and defendants' reply is due October 8, 2007;

WHEREAS Plaintiffs' counsel sought a stipulation from counsel for defendants because he believes he needs more time to respond to the motion;

WHEREAS Defendants' counsel does not oppose the request;

The parties hereto, by and through their respective counsel of record, hereby stipulate that the hearing on defendants' motion to strike, calendared for October 12, 2007, shall be continued, subject to the Court's approval, to November 2, 2007, at 9:00 am.  The parties further stipulate that plaintiffs' opposition will be due October 16, 2007, and defendants' reply will be due October 29, 2007.

The parties respectfully request that the court approve this stipulation to continue the date of the hearing on this motion from October 12, 2007, to November 2, 2007.

Dated: _____          GONZALEZ & LEIGH, LLP

By: _____
Brian Brazier
Attorneys for Plaintiffs


Dated: _____          ANGELO, KILDAY & KILDUFF

By: _____
Douglas R. Thorn
Attorneys for Defendants

## ORDER

**IT IS SO ORDERED**.

DATED: September 25, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE