BRUCE A KILDAY (SBN 66415)
J. SCOTT SMITH (SBN 151163)
JOHN A. WHITESIDES (SBN 125611)
Angelo, Kilday & Kilduff
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF DAVIS, JAMES HYDE, STEVEN PIERCE, PHENG LY, BEN HARTZ, GINA ANDERSON, DAVID HENDERSON and PATRICIA FONG

MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
MATTHEW R. SCHULTZ (SBN 220641)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA  94105
Telephone:  (415) 512-2000
Facsimile:  (415) 512-2001

Attorneys for Plaintiffs HALEMA BUZAYAN, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEMA BUZAYAN, as an individual, et al., | Case Number: 2:06-CV-01576-MCE-DAD |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CITY OF DAVIS POLICE DEPARTMENT, et al., | |
| Defendants. | |

In light of Plaintiff HALEMA BUZAYAN's request for additional time to conduct discovery she believes is necessary to oppose Defendants' CITY OF DAVIS, JAMES HYDE, PHENG LY and BEN HARTZ Motion for Partial Summary Judgment (docket #175), said Defendants and Plaintiff HALEMA BUZAYAN hereby stipulate and agree as follows:

1. That the hearing date for said Defendants' Motion for Partial Summary Judgment (docket # 175) be continued from November 12, 2009 until January 7, 2010;

2. That the deadlines for opposition and reply papers will be set pursuant to Local Rule 78-230 as if the motion had been originally filed for a January 7, 2010 hearing date;

-1-
**STIPULATION AND ORDER CONTINUING MOTION FOR PARTIAL SUMMARY JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com

3. That Plaintiff will not oppose the motion under F.R.C.P. Rule 56(f) on the ground that additional time is needed to conduct discovery or otherwise seek a continuance of the January 7, 2010 hearing date, except (a) by further stipulation of the parties or (b) in the event that (1) the Court has ordered said Defendants to provide further discovery and such additional discovery has not been received prior to the deadline for Plaintiff's opposition or (2) the Court has not ruled on a motion to compel discovery filed by Plaintiffs and heard prior to the deadline for Plaintiff's opposition.

Dated: October 29, 2009                ANGELO, KILDAY & KILDUFF

                                       */s/ John A. Whitesides*
                                       By:_____
                                           BRUCE A. KILDAY
                                           J. SCOTT SMITH
                                           JOHN A. WHITESIDES
                                           Attorneys for Defendants

Dated: October 29, 2009                GONZALEZ & LEIGH LLP

                                       */s/ Matt Springman*
                                       By:_____
                                           MATT GONZALEZ
                                           G. WHITNEY LEIGH
                                           MATTHEW R. SCHULTZ
                                           MATT SPRINGMAN
                                           Attorneys for Plaintiffs

**ORDER**

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the hearing on the Motion for Partial Summary Judgment, (docket # 175), be continued from November 12, 2009 until January 7, 2010 at 2:00 p.m. in Courtroom 7.

Dated: November 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE