UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEMA BUZAYAN, as an individual; DR. JAMAL BUZAYAN, an individual; NAJAT ABDALLA DARRAT, an individual; MOHAMED BUZAYAN, by and through DR. JAMAL BUZAYAN, as Guardian Ad Litem for a minor; YOUSEF BUZAYAN, by and through DR. JAMAL BUZAYAN, as Guardian Ad Litem for a minor; ALI BUZAYAN, by and through DR. JAMAL BUZAYAN, as Guardian Ad Litem for a minor, | No. 2:06-cv-1576-MCE-DAD |
| Plaintiffs, | |
| v. | **ORDER** |
| THE CITY OF DAVIS; JAMES HYDE, individually and in his capacity as Chief of Police of the City of Davis Police Department; STEVEN PIERCE, individually and in his official capacity with the City of Davis Police Department; PHENG LY, individually and in his capacity as an officer of the City of Davis Police Department; BEN HARTZ, individually and in his capacity as an officer of the City of Davis Police Department; DAVID HENDERSON, individually and in his capacity as District Attorney for the Yolo County Office of the District Attorney; PATRICIA FONG, individually and in her capacity as Deputy District Attorney for | |

1

1 | the Yolo County Office of the District Attorney and member of
2 | the Davis Police Department Community Advisory Board; DOUGLAS
3 | THORN, individually and in his capacity as counsel for Yolo County
4 | and the City of Davis;
5 |       Defendants.
6 |                     ----oo0oo----
7 |     The Court is in receipt of Plaintiffs' request that the
8 | hearing on Defendants' Motion for Summary Judgment, currently set
9 | for hearing on January 14, 2010, be continued because of the
10 | unavailability of Plaintiffs' counsel that day.  Irrespective of
11 | that request, however, the Court deems it necessary to continue
12 | the hearing for its own calendaring purposes.  Consequently,
13 | Defendants' Motion for Summary Judgment (Docket No. 175) is reset
14 | for hearing on January 28, 2010 at 2:00 p.m.
15 |     IT IS SO ORDERED.
16 |
17 | Dated: January 7, 2010
18 |
19 |                                     _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE