1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

7   HALEMA BUZAYAN, as an individual, et al., )   Case No:  2:06-CV-01576-MCE-DAD
                                             )
8                          Plaintiffs,       )
                                             )
9                          vs.               )
                                             )
10                                           )   **ORDER SEALING DOCUMENTS**
     CITY OF DAVIS POLICE DEPARTMENT, et )
11   al.,                                    )
                                             )
12                         Defendants.       )
                                             )
13                                           )
                                             )
14  _____ )

15       Having reviewed the Request to Seal Documents by Defendants CITY OF DAVIS,

16  JAMES HYDE, STEVEN PIERCE, PHENG LY, BEN HARTZ, DAVID HENDERSON and

17  PATRICIA FONG, pursuant to Local Rule 141, and good cause appearing therefor;

18       IT IS HEREBY ORDERED that Exhibits A – K to Defendants' forthcoming Motion for

19  Partial Summary Judgment, which consist of papers from the court file of *In re Halema Buzayan*,

20  Yolo County Superior Court Case No. 05-477, be filed and maintained under seal.  Counsel for

21  Defendants is directed to inform the Court Clerk within 30 days of final judgment or dismissal of

22  this action whether the documents are to be returned to Defendants' counsel or may instead be

23  destroyed by the Court.

24  April 10, 2012

25  _____

26  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

27
28