G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 912-5950
Facsimile: (415) 912-5951

Attorneys for Plaintiffs
HALEMA BUZAYAN, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEMA BUZAYAN, as an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF DAVIS POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 2:06-CV-01576-MCE-DAD <br><br> **ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE HEARING** |

Having reviewed Defendants' Ex Parte Application to Continue Hearing, along with all papers filed in response, and good cause appearing therefor, it is hereby ordered that the hearing on the Motion for Partial Summary Judgment, (Docket # 244), is continued from July 12, 2012 until August 23, 2012 at 2:00 p.m. in Courtroom 7. The deadline for any opposition and reply papers shall be calculated in accordance with the new hearing date.

IT IS SO ORDERED.

DATED: June 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE