1  G. WHITNEY LEIGH (SBN 153457)
2  GONZALEZ & LEIGH LLP
   744 Montgomery Street, Fifth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 912-5950
4  Facsimile:  (415) 912-5951

5  Attorneys for Plaintiffs
   HALEMA BUZAYAN, et al.
6

7

8

9                UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11
   HALEMA BUZAYAN, as an individual,        Case No. 2:06-CV-01576-MCE-DAD
12 et al.,
                                            **ORDER GRANTING *EX PARTE***
13                 Plaintiffs,              **APPLICATION TO CONTINUE**
                                            **HEARING**
14        vs.

15 CITY OF DAVIS POLICE
16 DEPARTMENT, et al.,

17                 Defendants.

18

19        Having reviewed Defendants' Ex Parte Application to Continue Hearing, along with all

20 papers filed in response, and good cause appearing therefor, it is hereby ordered that the hearing

21 on the Motion for Partial Summary Judgment, (Docket # 244), is continued from July 12, 2012

22 until August 23, 2012 at 2:00 p.m. in Courtroom 7.  The deadline for any opposition and reply

23 papers shall be calculated in accordance with the new hearing date.

24        IT IS SO ORDERED.

25 DATED:  June 28, 2012

26                                          _____
                                            MORRISON C. ENGLAND, JR.
27                                          UNITED STATES DISTRICT JUDGE

28

Motion to Amend                                      *Buzayan v. City of Davis Police Dept., et. al.*
                                                     Case No. 2:06-CV-01576-MCE-DAD