G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 912-5950
Facsimile: (415) 912-5951

Attorneys for Plaintiffs
HALEMA BUZAYAN, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEMA BUZAYAN, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF DAVIS POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 2:06-CV-01576-MCE-DAD <br><br> **ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULES 140 AND 141** <br><br> Place:   Courtroom 7 <br> Judge:   Hon. Morrison C. England, Jr. |

Upon good cause shown, IT IS HEREBY ORDERED that the following documents shall be received and filed under seal by the Clerk:

1. The entire Plaintiffs' Request for Judicial Notice, including the following exhibits:

**Exhibit 1**: The People's Notice of Motion and Motion for Sanctions and Media Gag Order, Filed March 20, 2006; *In the Matter of: Halema Jamal Buzayan*; Superior Court of California for the County of Yolo – Juvenile Court; Case No. JD 05-477;

**Exhibit 2**: Defendant's Opposition to Motion for Sanctions and Media Gag Order, *In the Matter of: Halema Jamal Buzayan*; Superior Court of California for the County of Yolo – Juvenile Court; Case No. JD 05-477;

**Exhibit 3**: Declaration of Declaration of G. Whitney Leigh in Support of Opposition to Motion for Sanctions and Media Gag Order; Filed March 22, 2006; *In the Matter of: Halema Jamal Buzayan*; Superior Court of California for the County of Yolo – Juvenile Court; Case No. JD 05-477;

**Exhibit 4**: Order Re Hearing for Sanctions and Media Gag Order; Filed April 3, 2006; *In the Matter of: Halema Jamal Buzayan*; Superior Court of California for the County of Yolo – Juvenile Court; Case No. JD 05-477;

**Exhibit 5**: The People's Notice of Motion and Motion to Vacate Media Gag Order and Judicial Finding Re: Minor's Waiver of Confidentiality, Points and Authorities, Declaration in Support; Filed April 5, 2006; *In the Matter of: Halema Jamal Buzayan*; Superior Court of California for the County of Yolo – Juvenile Court; Case No. JD 05-477;

**Exhibit 6**: Defendant's Notice of Motion and Motion to Compel District Attorney to Comply With Court's April 10, 2006 Order and For Sanctions; Filed May 11, 2006; *In the Matter of: Halema Jamal Buzayan*; Superior Court of California for the County of Yolo – Juvenile Court; Case No. JD 05-477;

**Exhibit 7**: Declaration of G. Whitney Leigh In Support Of Motion to Compel District Attorney to Comply With Court Order and For Sanctions; Filed May 11, 2006; *In the Matter of: Halema Jamal Buzayan*; Superior Court of California for the County of Yolo – Juvenile Court; Case No. JD 05-477;

/ /

**Exhibit 8**:  Petition for Disclosure of Juvenile Court Records; Filed May 11, 2006; *In the Matter of: Halema Jamal Buzayan*; Superior Court of California for the County of Yolo – Juvenile Court; Case No. JD 05-477;

**Exhibit 9**:  Response to Petition for Disclosure of Juvenile Court Records; Filed May 19, 2006; *In the Matter of: Halema Jamal Buzayan*; Superior Court of California for the County of Yolo – Juvenile Court; Case No. JD 05-477; and

**Exhibit 10**:  Memorandum of Points and Authorities in Opposition to Minor's "Motion to Compel District Attorney to Comply With 4/10/06 Order and for Sanctions"; Filed May 19, 2006; *In the Matter of: Halema Jamal Buzayan*; Superior Court of California for the County of Yolo – Juvenile Court; Case No. JD 05-477.

2.  The entire Declaration of G. Whitney Leigh in Support of Plaintiffs' Motion for Summary Judgment, including the following exhibits:

**Exhibit A**:  Reporter's Transcript from the July 11, 2011 Deposition of Defendant Patricia Fong; and

**Exhibit B**:  Reporter's Transcript from April 10, 2006 of the proceedings before Judge Thomas E. Warriner of the Superior Court of California, County of Yolo, Department 11.

3.  The Declaration of Jamal Buzayan In Support of Plaintiffs' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: January 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT