G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA  94111
Telephone:  (415) 912-5950
Facsimile:  (415) 912-5951

Attorneys for Plaintiffs
HALEMA BUZAYAN, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEMA BUZAYAN, an individual, et al.<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF DAVIS POLICE DEPARTMENT, et al.,<br><br>          Defendants. | Case No. 2:06-CV-01576-MCE-DAD<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE THE HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1  The Court has read and considered Plaintiffs' request to continue the hearing date and briefing schedule for defendants' motion for partial summary judgment.  The Court has further reviewed Defendants' Response filed May 23, 2013, in which the defense indicates is has no conflict with the proposed July 11, 2013 hearing date.

GOOD CAUSE APPEARING, Plaintiffs' Motion to Continue (ECF  No. 315)  is GRANTED.

Plaintiffs' opposition will be due on Thursday, June 27, 2013 and defendants' reply will be due on Friday, July 5, 2013.

The hearing set for defendants' motion for partial summary judgment is reset for July 11, 2013 at 2:00 p.m.

IT IS SO ORDERED.

DATED:  June 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT