JOHN A. WHITESIDES, ESQ., SBN 125611
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF DAVIS, JAMES HYDE, STEVEN PIERCE, PHENG LY, BEN HARTZ, DAVID HENDERSON and PATRICIA FONG

G. WHITNEY LEIGH, ESQ., SBN 153457
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs HALEMA BUZAYAN, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEMA BUZAYAN, as an individual, et al., | Case Number: 2:06-CV-01576-MCE-DAD |
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON** |
| vs. | |
| CITY OF DAVIS POLICE DEPARTMENT, et al., | |
| Defendants. | |

    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs HALEMA BUZAYAN, DR. JAMAL BUZAYAN, NAJAT ABDALLA DARRAT, MOHAMED BUZAYAN, YOUSEF BUZAYAN, and ALI BUZAYAN, on the one hand, and Defendants CITY OF DAVIS, JAMES HYDE, STEVEN PIERCE, PHENG LY, BEN HARTZ, DAVID HENDERSON, and PATRICIA FONG, on the other hand, desire to fully and finally resolve this litigation, and so agree as follows:

1. All claims against the DAVIS ENTERPRISE Defendants were dismissed after they appeared but prior to filing of the Second Amended and Supplemental Complaint;

2. That the Court should now dismiss this action in its entirety with prejudice;

3. That each side will bear its own attorneys' fees (except as previously awarded) and costs of suit; and

4. No Plaintiff or Defendant will subsequently appeal from the Court's order of dismissal or from any prior order or decision.

Dated: June 10, 2013                              ANGELO, KILDAY & KILDUFF, LLP

                                                                  */s/ John A. Whitesides*
                                                      By:_____
                                                            JOHN A. WHITESIDES
                                                            Attorneys for Defendants

Dated: June 10, 2013June 11, 2013       GONZALEZ & LEIGH LLP

                                                                  */s/ G. Whitney Leigh*
                                                      By:_____
                                                            G. WHITNEY LEIGH
                                                            Attorneys for Plaintiffs

### ORDER

Having considered and approved the parties' agreement for dismissal of this action, it is hereby ordered that this action in its entirety be dismissed with prejudice, each side to bear its own attorneys' fees and costs of suit, except as previously awarded. The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: June 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT